UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-CV-80511
Ryskamp/Vitunac

RALSTON S. BROWN,

    Plaintiffs,

vs.

PARAMOUNT RECOVERY SERVICES, INC.,

    Defendant.
_____/

## STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL WITH PREJUDICE

All matters and things in dispute having been adjusted and settled between the Plaintiff, RALSTON S. BROWN, and Defendant, PARAMOUNT RECOVERY SERVICES, INC., it is

STIPULATED AND AGREED by the parties hereto relating to the claims between Plaintiff and Defendant asserted in this litigation, including claims for attorney's fees and costs, be dismissed with prejudice.

DATED this 15th day of September, 2008.

Respectfully submitted,

By: /s/Donald A. Yarbrough
Donald A. Yarbrough, Esquire
Florida Bar No. 158658
Post Office Box 11842
Ft. Lauderdale, FL 33339
Tel. No. 954-537-2000
Fax No. 954 566-2235

By: /s/Gail Ratner
David P. Hartnett, Esquire
Florida Bar No. 946631
Gail Ratner, Esquire
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063

14428793v1 889318 7791

Case No. 08-CV-80511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2008, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day, in the manner specified below, on all counsel of record identified on the attached Service List.

                                                                s/Gail Ratner
                                                                Gail Ratner

14428793v1 889318 7791

Case No. 08-CV-80511

## SERVICE LIST

### United States District Court, Southern District of Florida

Donald A. Yarbrough, Esquire
Florida Bar No. 158658
Post Office Box 11842
Ft. Lauderdale, FL 33339
Tel. No. 954-537-2000
Fax No. 954 566-2235

14428793v1 889318 7791