UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-CV-80511Ryskamp/Vitunac

RALSTON S. BROWN,

       Plaintiffs,

vs.

PARAMOUNT RECOVERY SERVICES,
INC.,

       Defendant.
_____/

**ORDER GRANTING THE PARTIES' STIPULATED DISMISSAL**

THIS CAUSE comes before the Court upon the parties' stipulation of settlement **[DE 12]** filed on September 15, 2008.  After having reviewed the stipulation and all other relevant portions of the record, it is hereby,

ORDERED AND ADJUDGED that the stipulation **[DE 12]** is GRANTED. Plaintiff's claims are hereby dismissed with prejudice with each party to bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers at Palm Beach County, Florida, this 24 day of September, 2008.

                                                  /s/ Kenneth L. Ryskamp
                                                  HONORABLE KENNETH RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record